JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MAGIC TRANS LLC, an Indiana limited liability company; VICTOR MARDARI, an individual,<br><br>Defendants. | Case No. 8:25-cv-01307-MRA (JDEx)<br><br>[Assigned to the Hon. Mónica Ramírez Almadani]<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter in favor of Balboa and against defendants Magic Trans LLC and Victor Mardari, jointly and severally, in the total amount of **$208,281.50**, which is a sum of the following:

   a. Compensatory damages in the amount owed of $91,350.00, on Equipment Financing Agreement 364381-000 ("EFA No. 1");

   b. Prejudgment interest in the amount of $6,730.38, at the statutory rate of ten percent (10%) per annum, from January 25, 2025 (the date of breach) to October 21, 2025 (the date of the Order Granting Balboa's Motion for Default Judgment), on EFA No. 1;

   c. Compensatory damages in the amount owed of $62,383.50, on Equipment Financing Agreement 364381-001 ("EFA No. 2");

   d. Prejudgment interest in the amount of $3,828.16, at the statutory rate of ten percent (10%) per annum, from March 11, 2025 (the date of breach) to October 21, 2025 (the date of the Order Granting Balboa's Motion for Default Judgment), on EFA No. 2;

   e. Compensatory damages in the amount owed of $33,133.20, on Equipment Financing Agreement 364381-003 ("EFA No. 3");

   f. Prejudgment interest in the amount of $897.93, at the statutory rate of ten percent (10%) per annum, from July 14, 2025 (the date of breach) to October 21, 2025 (the date of the Order Granting Balboa's Motion for Default Judgment), on EFA No. 3; and

  g. Attorneys' fees in the amount of $7,337.33 on EFA No. 1, EFA No. 2, and EFA No. 3; and

  h. Costs in the amount of $2,621.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: October 29, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE